IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SAMANTHA BLANKENSHIP and
VALERIE WEST, on behalf of themselves and
On behalf of the other similarly situated former
Employees of Defendants                                            PLAINTIFFS


VS.                                  NO. 4:05CV00568 JMM


EASTERN OZARKS REGIONAL HEALTH
SYSTEMS, INC., COUNTRY MEDICAL SERVICES
OF ARKANSAS, INC., d/b/a EASTERN OZARKS
HOME HEALTH AND HOSPICE, COUNTRY
HEALTH ASSOCIATES, INC., and MIDCARE, INC.
f/k/a COUNTRY HEALTH ASSOCIATES-SOUTH, INC.,            DEFENDANTS


**ORDER AND FINAL APPROVAL**
**OF COMPROMISE AND SETTLEMENT OF CLASS ACTION**

1.      The Court has previously (i) granted preliminary approval of the

parties' Stipulation of Settlement and (ii) approved the form and manner of notice of the

Settlement, and deadline for objections (the "Notice") to all Class Members by order

dated February 24, 2006 (the "Order Approving Stipulation of Settlement and Scheduling

a Fairness Hearing Pursuant to Federal Rule of Civil Procedure 23 (e)").

2.      On April 20, 2006, Plaintiffs' Counsel filed a Declaration

concerning Class Members stating that in accordance with the Order Approving

Stipulation of Settlement and Scheduling a Fairness Hearing Pursuant to Federal Rule of

Civil Procedure 23 (c) the Notice had been mailed by first class mail to each of the class

members addressed to their last known address and stating that one Class Member had

requested exclusion from the Class and one Class Member had objected to the settlement.

3.      On May 22, 2006, Plaintiff's Counsel filed a Response to the Objection.

4.      As provided in the Notice, on June 8, 2006, the Court held a final hearing on the proposed Settlement, at which no objections were raised.

5.      Having been apprised by counsel of the range of potential outcomes and of the fact that the settlement avoided costs of further litigation, the Court finds that the terms of the Settlement are fair and reasonable.

6.      The Settlement is hereby approved and Defendants' counsel is authorized and directed to issue the payments required by paragraph 4 of the Stipulation of Settlement.

IT IS SO ORDERED this 8th day of June, 2006

_____
United States District Judge

Counsel for Plaintiffs
Stuart J. Miller (SJM 4276)
René S. Roupinian (RSR-3884)
Lankenau & Miller, LLP
1775 Broadway, Suite 610
New York, NY  10019
(212) 581-5005

Hank Bates (98063)
Steve Owings
Cauley Bowman Carney & Williams, PLC
P.O. Box 25438
Little Rock, Arkansas 72221-5438
(501) 312-8500

Counsel for Defendants
Brian Vandiver
Cross, Gunter, Witherspoon & Galchus, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, AR 72201
(501) 371-9999